**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:                                    CASE NO**.: 16-49805 tjt**
    **David Scott Junak,**          Chapter **13**
                           Judge: **Thomas J. Tucker**
           Debtors.
_____/

**David Scott Junak,**

           Plaintiff,          Adv. Proc. No.: **16-04812 tjt**


 **People First Fund,**

           Defendant.
_____/

**<u>CERTIFICATE OF SERVICE</u>**

STATE OF MICHIGAN   )
                     ) ss.
COUNTY OF OAKLAND )

      **Crystal L. Nims,** certifies that on the 24th day of August, 2016 she served a copy of Summons and Complaint to Avoid Security Interest in Real Property and this Certificate of Service upon the following parties by Certified Mail Return Receipt and by First-Class Mail with prepaid postage affixed thereto:

Christopher J. Warmuth
People First Fund, President
555 South Flower Street
Los Angeles, California 90071

                                       /s/ Crystal L. Nims
                                       Crystal L. Nims
                                       For Richard H. Clark (P69849)
                                       Law Office of Richard H. Clark, PLLC
                                       30833 Northwestern Hwy., Suite 224
                                       Farmington Hills, MI. 48334
                                       (248) 626-3723
                                       richclark@clarkclarklaw.com