UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
David Scott Junak                                       Case No. 16-49805

                Debtor.                                       Chapter 13
_____/

David Scott Junak
                Plaintiff,                                    Adv. No. 16-4812

                    v.                                          Adversary Proceeding
People First Fund
                Defendant.
_____/

**ORDER DISMISSING ADVERSARY PROCEEDING**

On September 23, 2016 the Clerk of this Court entered a Clerk's Entry of Default against the defendant(s) in this case. The Entry of Default gave notice that plaintiff must file an application for default judgment within 14 days, and stated that if plaintiff failed to file such application, the case may be dismissed. To date, however, no application for default judgment has been filed. Accordingly,

IT IS ORDERED that this adversary proceeding is dismissed without prejudice.

.

**Signed on October 11, 2016**

                                              /s/ Thomas J. Tucker
                                              Thomas J. Tucker
                                              United States Bankruptcy Judge